**NOT FOR PUBLICATION**

In the

United States Court of Appeals

For the Eleventh Circuit

_____

No. 25-14010
Non-Argument Calendar
_____

JERRY PAUL CARROLL,

*Petitioner,*

*versus*

DEPARTMENT OF VETERANS AFFAIRS,

*Respondent.*

_____

Petition for Review of a Decision of the
Department of Veteran Affairs
Agency No. 1932412871

_____

Before ROSENBAUM, NEWSOM, and LUCK, Circuit Judges.

PER CURIAM:

The petition for review is DISMISSED, sua sponte, for lack of jurisdiction. Jerry Carroll, proceeding pro se, filed with us a petition for review of an alleged constructive denial of his claims by

2                    Opinion of the Court                    25-14010

the Board of Veterans' Appeals ("BVA"). Carroll's petition has failed to specifically designate any appealable order or judgment from the BVA. *See* Fed. R. App. P. 3(c)(1)(B) (explaining that a notice of appeal must "designate the judgment—or the appealable order—from which the appeal is taken"). Regardless, Carroll cannot invoke our review because Congress has granted exclusive jurisdiction to the Court of Appeals for Veteran Claims to review decisions of the BVA. 38 U.S.C. § 7252(a); *see City of Baton Rouge v. U.S. EPA*, 620 F.2d 478, 480 (5th Cir. 1980) (explaining that the jurisdiction of a court of appeals to review agency orders in the first instance wholly depends upon statutory authorization).

All pending motions are DENIED as moot.